U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 2 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DEEMER, ET AL | DOCKET NO. 06-CV-1775 |
| VERSUS | JUDGE DRELL |
| RICHARD STALDER, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the plaintiffs, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiffs' consolidated claims against Jannitta Antoine, Bernard E. Boudreaux III, Whalen Gibbs, Johnny Creed, Richard P. Seiter, William Rusak, John Tighe, Dennis Bradby, Tim Keith, Angela Martin, Virgil Lucas, Tommy Glover, Nicole Walker, Mona Heyse, and The Louisiana Department of Public Safety and Corrections should be DISMISSED WITH PREJUDICE for failing to state a claim for which relief can be granted and seeking damages from an immune defendant under 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).

To the extent that Plaintiff Deemer has presented claims against Allen Correctional Center, it be and is hereby DISMISSED, without prejudice, as Plaintiff Deemer can file a separate action regarding alleged constitutional violations at Allen Correctional Center.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of March, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE