U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 26 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DEEMER, et al.,<br>　　　Plaintiffs | CIVIL ACTION<br>NO. CV06-1775-A |
| VERSUS | |
| RICHARD STALDER, et al.,<br>　　　Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

O R D E R

IT IS ORDERED that the June 15, 2007, order denying plaintiffs' motions for class certification (Doc. Item 78) is VACATED for lack of jurisdiction.

IT IS FURTHER ORDERED that defendants SHALL FILE A RESPONSE to plaintiffs' motions for class certification (Doc. Items 57, 58) **on or before December 17, 2007.**

IT IS FURTHER ORDERED that plaintiffs have until **December 17, 2007,** to designate a class representative and make the requisite showing of adequacy.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this ___ day of November, 2007.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE