U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 28 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DEEMER, et al.,<br>Plaintiffs | CIVIL ACTION<br>NO. CV06-1775-A |
| VERSUS | |
| RICHARD STALDER, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law; (Doc 81)

IT IS ORDERED that defendants' motion to dismiss is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of December, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE