UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JOHN G. DEEMER, et al.
     Plaintiffs

versus

RICHARD STALDER, et al.
     Defendants

CIVIL ACTION NO. 06-cv-1775

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that plaintiffs' motion for class certification is DENIED.

IT IS FURTHER ORDERED that plaintiffs' complaints be SEVERED and each plaintiff pursue his own action utilizing the prisoner civil rights complaint form and providing either full payment of the filing fee or an Application to Proceed In Forma Pauperis.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 20th day of MARCH, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE