U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN G. DEEMER, et al., <br> Plaintiff | CIVIL ACTION <br> NO. CV06-1775-A |
| VERSUS | |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al., <br> Defendants | JUDGE DEE D. DRELL <br> MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Plaintiffs filed a second motion for a TRO or a preliminary injunction in this case on August 23, 2007, citing several instances of alleged denial of medical care and inadequate security at WCC (Doc. Item 85).[1] Plaintiffs' first motion for injunctive relief was denied by the district judge (Doc. Item 65) for the reasons set forth in a report and recommendation (Doc. Item 59).

For the reasons previously given in the report and recommendation filed on March 6, 2007 (Doc. Item 59), plaintiffs'

---

[1] Deemer is no longer incarcerated in Winn Correctional Center, so he is not entitled to injunctive relief against the named defendants. Moreover, Deemer asks for injunctive relief against officials at the Allen Correctional Center, none of whom are defendants in this suit. The other plaintiffs to this suit, however, are still incarcerated at WCC.

second motion for injunctive relief should likewise be denied.[2]

**Accordingly,**

IT IS RECOMMENDED that plaintiffs' second motion for injunctive relief be DENIED.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 26th day of ~~April,~~ March 2008.

JAMES D. KIRK
United States Magistrate Judge

[2] It is also noted that plaintiffs have not met the notice requirements for a TRO relief set forth in Rule 65 of the Federal Rules of Civil Procedure.