U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 1 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____
                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION


| | |
|---|---|
| JOHN G. DEEMER, et al.,<br>             Plaintiff | CIVIL ACTION<br>NO. CV06-1775-A |
| VERSUS | |
| LOUISIANA DEPARTMENT OF PUBLIC<br>SAFETY AND CORRECTIONS, et al.,<br>             Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |


**J U D G M E N T**


For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiffs' motion for injunctive relief (Doc. Item 85) is DENIED.

THUS ORDERED AND SIGNED in Chambers at *ALEXANDRIA*, Louisiana, on this *15* day of *April*, 2008.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE